CV-S-01-0317



CV-S-01-0317-0004



06/07/2001



*A / /



SCHRECK BRIGNONE GODFREY
Andrew S. Brignone
Nevada Bar No. 751
David B. Dornak
Nevada Bar No. 6274
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST, AND TRUSTEES FOR THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br>- vs -<br><br>CONTRI CONSTRUCTION COMPANY, a Nevada corporation,<br><br>Defendant. | Case No. CV-S-01-317-DWH (LRL)<br><br>**PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, Trustees of the Construction Industry and Laborers Health and Welfare Trust, Trustees of the Construction Industry and Laborers Joint Pension Trust, Trustees of the Construction Industry and Laborers

Vacation Trust, and Trustees for the Southern Nevada Laborers Local 872 Training Trust hereby dismiss this action against Contri Construction Company without prejudice. The parties have reached settlement in this matter.

Dated: June 7, 2001.

SCHRECK BRIGNONE GODFREY

*/s/ David B. Dornak*

David B. Dornak
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorney for Plaintiffs